IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>               Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, et. al.,<br><br>               Plaintiff,<br><br>        vs.<br><br>DENIS G. BIRGENHEIR,<br><br>               Defendant. | Adversary Proceeding<br>Case No. 19-50799 (BLS) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss
COUNTY OF NEW YORK  )

I, Alison Moodie, being duly sworn, depose and state:

1.     I am a Senior Case Manager with Epiq Class Action and Claims Solutions, Inc.,[2] the claims and noticing agent in the above-captioned proceeding. Our business address is 777 Third Avenue, New York, New York 10017.

---

[1]    The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

[2]    Epiq Class Action and Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

2.	On August 17, 2020 at the direction of Pachulski Stang Ziehl & Jones LLP, Counsel to the Plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, I caused a true and correct copy of the **Notice of Voluntary Dismissal of Adversary Proceeding** [Adv. Docket No. 20] to be delivered by first class mail to the following party: *Denis G Birgenheir, 2018 N. 57th Street, Milwaukee, WI 53208* (Defendant).[3]

/s/ *Alison Moodie*
Alison Moodie

Sworn to before me this
27th day of August, 2020
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

---

[3] The envelope used for service on the party included a legend, which stated: "Important Legal Documents Enclosed: Please direct a copy of the contents of this envelope to the President, Managing or General Agent."